272

[Nos. 45289-4-I; 46534-1-I.   Division One.   February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TED J. GRIMES, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 110 Wn. App. 272-82, has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Court of Appeals dated May 2, 2002. The opinion, as modified, appears at 111 Wn. App. 544.